UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19--CV-24387-HUCK

NICOLAS A. MANZINI, as an individual,
and on behalf of all others similarly situated,

    Plaintiff,
v.

UBER TECHNOLOGIES, INC.,

    Defendant.
_____/



### ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND

THIS MATTER is before the Court following a hearing on the Court's Order to Show Cause [ECF No. 4]. For the reasons stated at the Tuesday, October 29, 2019, hearing, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND and the clerk shall close the case.

DONE AND ORDERED in chambers in Miami, Florida, October 29, 2019.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record